JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

COURTNEY MITCHENER,

                Plaintiff,

      v.

HUEL, INC., et al.,

                Defendants.

Case No.  CV 24-8426-GW-JCx

**ORDER TO DISMISS WITHOUT PREJUDICE**

       Based upon the Notice of Voluntary Dismissal [9] filed on November 22, 2024, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

       IT IS SO ORDERED.

Dated: November 25, 2024

_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE